UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ELLIE PENARANDA,

    Plaintiff,                                       CASE NO. 2:10-cv-00717

v.

GC SERVICES,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, ELLIE PENARANDA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                        RESPECTFULLY SUBMITTED,

                                        By: /s/ James Pacitti_____
                                             James Pacitti (FBN: 119768)
                                             Krohn & Moss, Ltd
                                             10474 Santa Monica Blvd, Suite 401
                                             Los Angeles, CA 90025
                                             Phone: (323) 988-2400 x 230
                                             Fax: (866) 385-1408
                                             jpacitti@consumerlawcenter.com
                                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Brad Batig, Attorney for Defendant, via email at brad.batig@gcserv.com.

          /s/ James Pacitti
          James Pacitti
          Attorney for Plaintiff