## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

ELLIE PENARANDA,

    Plaintiff,

                        CASE NO. 2:10-cv-00717-CEH-DNF

v.

GC SERVICES,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

ELLIE PENARANDA (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ James D. Pacitti
    James D. Pacitti, Esq.
    FBN: 119768
    Krohn & Moss, Ltd
    10474 Santa Monica Blvd, Suite 401
    Los Angeles, CA 90025
    Phone: (323) 988-2400 x 230
    Fax: (866) 385-1408
    jpacitti@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Brad Batig, Attorney for Defendant, via email at [brad.batig@gcserv.com](mailto:brad.batig@gcserv.com).

s/ James D. Pacitti
James D. Pacitti, Esq.
Attorney for Plaintiff