UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

ELLIE PENARANDA,
    Plaintiff,

v.                                      CASE NO: 2:10-CV-717-FTM-36-DNF

GC SERVICES,
    Defendant.
_____/

**O R D E R**

Before the Court is the Notice of Voluntary Dismissal (Doc. 9). In accord with the Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)    The Notice of Voluntary Dismissal is APPROVED (Doc. 9).

2)    This cause is dismissed, with prejudice.

3)    The Clerk is directed to enter judgment accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, on April 26, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record